**GARBARINI FITZGERALD P.C.**
420 Lexington Avenue
Suite 2743
New York, New York 10170
Phone: 212.300.5358
Fax: 888.265.7054
www.garbarinilaw.com

June 27, 2016

VIA ECF

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Philpot v. Law Street Media, 16-cv-26* (AT)(BCM)
              Offer for Additional Time to Respond to Order to Show Cause

Your Honor:

    I again apologize for the late reply on the Order to Show Cause. I can assure the Court, had I known, I would have timely responded. I also thank the Court for the generous opportunity for additional time to respond. I responded to the Order to Show Cause truthfully, and I will stick by my response and offer to donate $1,000 to the Lawyer's Assistance Fund, or a fund of the Court's choosing. I am truly sorry, and never meant to mislead or offend the Court.

    Additionally, the Order to Show Cause, and Response have both been served on Plaintiff by mail and Express Mail from the United States Post Office.

                                                GARBARINI FITZGERALD P.C.

                                        By:_____
                                                  Richard M. Garbarini

cc: Larry Philpot (by email only).